UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**ENTERED**
DEC - 4 2009
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**STAR IRON WORKS INC.,**

    Plaintiff,

v.                                    Civil Action No. 3:08-1040

**J & L EQUIPMENT COMPANY
INC., a West Virginia Corporation
and J & L SUPPLY CO., a West
Virginia Corporation,**

    **Defendants.**

### ORDER POSTPONING PRETRIAL CONFERENCE

By Order entered August 31, 2009, this Court stayed the proceedings in this matter for a period of sixty (60) days, and did further set it for a pretrial conference on November 2, 2009. By Order entered October 20, 2009, the date of the said pretrial conference was postponed until December 7, 2009.

On November 13, 2009, counsel for the Defendant J & L Equipment Company caused to be filed a "Suggestion of Bankruptcy", evidencing the filing by the said Defendant of a petition for relief pursuant to Chapter 7 of the Bankruptcy Code (11 U.S.C. §§ 101, *et seq.*) As a result of the bankruptcy filing, the Defendant J & L Equipment Company is currently stayed from participating in these proceedings, pursuant to §362(a) of the aforesaid Bankruptcy Code.

WHEREFORE, due to the automatic stay afforded the Defendant J & L Equipment Company and for other good cause shown, the Court is of the opinion that this matter should be **STAYED** until further Order of this Court. The pretrial conference now scheduled for **December 7, 2009,** is hereby CANCELLED.

{R0441006.1}

The Clerk is directed to remove this case from the active docket of this Court, to remain in inactive or closed status unless and until a party shall move to reopen for further action and this case is ordered reopened.

Counsel are, nevertheless, required to file a status report with the Court and the Clerk's Office on May 1 and November 1 of each year so that the Court may be apprised of the status of the bankruptcy proceedings.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER this the 4th day of December, 2009.

*[signature]*

**ROBERT C. CHAMBERS**
**UNITED STATES DISTRICT JUDGE**


Prepared by:

/s/ Mark H. Hayes
Mark H. Hayes (WV Bar No. 4258)
Robinson & McElwee PLLC
P. O. Box 1791
Charleston WV 25326
(304) 344-5800


Agreed to by:

/s/ William D. Levine
William D. Levine (WV Bar No. 2190)
St. Clair & Levine
717 Sixth Avenue
Huntington, WV 25701
(304) 529-3030

{R0441006.1}